

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-21-00184-CV

### IN THE INTEREST OF K.P.N., D.F.N., AND S.H.N.

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-PA-01795
Honorable Peter A. Sakai, Judge Presiding

BEFORE JUSTICE CHAPA, JUSTICE RIOS, AND JUSTICE VALENZUELA

In accordance with this court's opinion of this date, the judgment is AFFIRMED. It is ORDERED that no costs be assessed against appellant in relation to this appeal. *See* TEX. R. APP. P. 20.1.

SIGNED October 27, 2021.

_____
Lori I. Valenzuela, Justice